AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>a vehicle | )<br>)<br>)  Case No.  24 mj 534 MEG<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

        An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Connecticut_____
*(identify the person or describe the property to be searched and give its location)*:
a black 2011 Infiniti Qx56 bearing CT license plate C237855 and vehicle identification number JN8AZ2NF0B9502853 (Subject Vehicle-2), Attachment A-9, incorporated

        The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
 Distribution Controlled Substance/s; Conspiracy to Possess with the Intent to Distribute Controlled Substance/s, Attachment B-9, incorporated

        I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

        **YOU ARE COMMANDED** to execute this warrant on or before      July 2, 2024
                                                                  *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.          ☐ at any time in the day or night as I find reasonable cause has been
                                                            established.

        Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

        The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
 Maria E. Garcia                                              .
                        *(name)*

        ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for    30    days *(not to exceed 30).*
                                        ☐until, the facts justifying, the later specific date of _____ .

Date and time issued:  June 18, 2024              _____
                        10:02 am                                *Judge's signature*

City and state:    New Haven, CT  _____              Hon. Maria E. Garcia U.S. Magistrate Judge
                                                            *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>CQ-24-0010 | Date and time warrant executed:<br>June 20, 2024 at approximately 6:00 a.m. | Copy of warrant and inventory left with:<br>Kevin GOOCH |

Inventory made in the presence of :
  SA Alex MacNamara

Inventory of the property taken and name of any person(s) seized:
  1. Two clear plastic bags containing suspected cocaine base, weighing 149.9 gross grams.
  2. One light colored iPhone in a black case.
  3. One hydraulic press labeled The Brick Press.

  Nothing further.

| Certification |
|---|

        I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:  July 11, 2024

_____
*Executing officer's signature*

Kyle Van Almkerk, SA
_____
*Printed name and title*

**ATTACHMENT A-9**
**Location to be searched (SUBJECT VEHICLE-2)**

**SUBJECT VEHICLE-2** is a black 2011 Infiniti Qx56 bearing CT license plate C237855 and vehicle identification number JN8AZ2NF0B9502853.





**ATTACHMENT B-9**

**DESCRIPTION OF ITEMS TO BE SEIZED**
**("SUBJECT VEHICLE  2")**

The items to be seized are evidence, contraband, fruits or instrumentalities of violations

of 21 U.S.C. §§ 841(a)(1) (Possession with Intent to Distribute and Distribution of Controlled

Substances) and 846 (Conspiracy to Distribute and Possess with Intent to Distribute Controlled

Substances) (hereafter the "Target Offenses"), namely:

1. Controlled substances, including, but not limited to, cocaine, in any form, including residue of these controlled substances;
2. Any contraband, quantities of narcotics, scales, funnels, sifters, grinders, cutting agents and dilutants, and drug packaging materials including plastic bags and heat-sealing devices;
3. Firearms, ammunition, magazines, and other contraband;
4. United States currency, money orders and other financial instruments;
5. Records, in any form, including but not limited to drug ledgers, books, receipts, notes, papers, photographs, and images, relating to the distribution of controlled substances;
6. Records and items of personal property that tend to identify the persons who reside at, occupy, control, or own the premises that is the subject of this warrant, including but not limited to keys, vehicle titles, tax returns, mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, journals, utility and telephone bills, bank account statements, deposit slips, canceled checks, and other such records, identification documents or items of personal property;
7. Computers, cellular telephones and storage media used to commit the Target Offenses, including cellular telephones assigned call numbers 203-519-5526 being utilized by HARRISON;
8. Records and items relating to income, wealth, and expenditures, including but not limited to money orders, wire transfers, cashier's checks, receipts, bank statements, passbooks, checkbooks, safety deposit box rental agreements and safety deposit box keys;
9. Records relating to expenditures for personal living expenses, including but not limited to invoices and receipts for expenditures associated with rent, utilities vehicle rentals, food, clothing, entertainment, travel, and other living expenses;
10. Items of personal property that evidence unexplained wealth, including but not limited to jewelry, diamonds, gems, precious metals, such as gold and silver, high-end televisions, stereo equipment, and other expensive items of personal property;
11. Records regarding the names, addresses, telephone numbers, and other contact information or identification information of coconspirators involved in the distribution of controlled substances, including but not limited to photographs and images;